■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LLAMA, Also Known as JOSE RIVERA, Appellant. [795 NYS2d 887]—Appeals from judgments, Supreme Court, New York County (Carol Berkman, J.), rendered February 25, 2004, convicting defendant, upon his pleas of guilty, of two counts of criminal sale of a controlled substance in the fourth degree, and sentencing him to concurrent terms of 1 to 3 years, unanimously dismissed.

Since defendant has been deported, he is not presently available to obey the mandate of the court in the event of affirmance (*see People v Bacon,* 46 NY2d 1073 [1979]; *People v Del Rio,* 14 NY2d 165 [1964], *cert denied* 379 US 939 [1964]). Accordingly, his appeals are dismissed. Were we not dismissing the appeals, we would find no basis for reducing the sentences. Concur—Mazzarelli, J.P., Andrias, Saxe, Marlow and Sullivan, JJ.